**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILLIAM KELLER : | |
| : | CIVIL ACTION |
| Plaintiff, : | DOCKET NO.: 17-2132 |
| : | |
| v. : | |
| : | |
| S-L SNACKS PA, LLC : | |
| : | |
| Defendant. : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties having resolved this matter, it is hereby stipulated pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between Plaintiff, William Keller, and Defendant, S-L Snacks PA, LLC, by and through their undersigned counsel, that this above-captioned action be dismissed in its entirety with prejudice and without costs or attorneys' fees to either party. The parties consent to use of electronic signatures on this Stipulation.

*/s/ Timothy S. Seiler*
Timothy S. Seiler, Esq.
Karpf, Karpf & Cerutti, P.C.
3331 Street Road
Two Greenwood Sq., Suite 128
Bensalem, PA
(215) 639-0801
Attorney for Plaintiff

*/s/ Benjamin Teris*
Sidney Steinberg, Esq.
Benjamin Teris, Esq.
Four Penn Center
1600 John F. Kennedy Boulevard
Philadelphia, Pennsylvania 19103
(215) 587-1000

*/s/ Drahcir M. Smith*
Drahcir M. Smith, Esq.
Riley Safer Holmes & Cancila LLP
Three First National Plaza
70 W. Madison St., Suite 2900
Chicago, Illinois 60602
(312) 471-8645
Attorneys for Defendant